IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 16-03967-MCF |
| JOSE REINALDO ACOSTA TORRES<br>CELINES FELIX RODRIGUEZ | CHAPTER 7 |
| DEBTOR | |
| _____ | |
| BANCO POPULAR DE PUERTO RICO | |
| MOVANT | |
| v. | |
| JOSE REINALDO ACOSTA TORRES<br>CELINES FELIX RODRIGUEZ | |
| ROBERTO ROMAN VALENTIN<br>CHAPTER 7 TRUSTEE | |

**MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE COURT:

BANCO POPULAR DE PUERTO RICO ("Banco Popular"), through its undersigned counsel, very respectfully alleges, states and prays:

1.    Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (01) and/or 11 U.S.C. §362 (d)(2).

2.    On May 29, 2016, Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

3.    Banco Popular is the holder in due course of a Mortgage Note in the principal sum of $72,410.00 bearing interest at 4.00% per annum, due on June, 2018. See **Exhibit A**.

4.    Since the filing date, Debtor's account has accumulated Post-Petition arrears as described in **Exhibit B** of this motion, as stated in the verified statement, entitling this Honorable Court to grant Banco Popular relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(1).

5.      Respondent is the duly-appointed Chapter 7 trustee.

6.      Debtor(s)' residence lacks equity and is not necessary to an effective liquidation.

7.      Movant argues that considering what us here in above stated, cause exists for granting relief from the stay pursuant to section 362 d(1) d(2), _supra_, since debtor has failed to make post-petition payments accordingly.

8.      As shown from the attached certification(s), Debtor(s) is/are not eligible for the protections of the Servicemen's Civil Relief Act of 2003. See **Exhibit C**.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order granting Banco Popular relief from the automatic stay.

WE HEREBY CERTIFY that a copy of the _Motion for Relief from Stay_ was electronically filed by Banco Popular, using the CM/ECF System, which will send a notification to the Chapter 7 Trustee and to the debtor(s)' attorney. In addition, a copy of the _Motion for Relief from Stay_ was sent by Banco Popular, to the debtor(s)' address of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on the 2nd day of August 2016.

**BERMUDEZ DIAZ & SANCHEZ, LLP**
**Attorneys for Banco Popular**
Ochoa Building, Suite 200
500 De La Tanca Street
San Juan, Puerto Rico 00901
Tel. (787) 523-2670
FAX. (787) 523-2664

s/ REGGIE DÍAZ-HERNÁNDEZ
**REGGIE DÍAZ-HERNÁNDEZ**
USDC PR No. 224908
E-mail: rdiaz@bdslawpr.com

S/ JOSÉ J. SÁNCHEZ-VÉLEZ
**JOSÉ J. SÁNCHEZ-VÉLEZ**
USDC PR No. 214606
E-mail: jsanchez@bdslawpr.com

## STATEMENT OF ACCOUNT

| DEBTOR: | JOSE R ACOSTA-TORRES | BPPR NUM: | 0701071797 |
|---|---|---|---|
| BANKRUPTCY NUM: | 16-03967 | FILING DATE: | 05/19/16 |

### SECURED LIEN ON REAL PROPERTY

| | | | |
|---|---|---|---|
| Principal Balance as of | 12/01/14 | | 71,026.22 |
| Accrued Interest from | 11/01/14   to   07/31/16 | | 4,903.73 |
| Interest: 4.000% | Accrued num. of days: 630 | Per Diem: 7.783695 | |

**Monthly payment to escrow**

| | | | | |
|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 |
| A&H | $0.00 | Life | $0.00 | | |
| **Total montly escrow** | | $0.00 | Months in arrears 20 | Escrow in arrears | 0.00 |
| | | | | Accrued Late Charge: | 332.88 |

**Advances Under Loan Contract:**

| | | | | |
|---|---|---|---|---|
| Title Search | $46.80 | Tax Certificate $0.00 | Inspection $0.00 | Escrow Advance $0.00 | 2,668.60 |
| Other | $2,621.80 | | | | |
| Legal Fees: | | | | | 300.00 |
| Total Estimate due as of | 07/31/16 | | | | 79,231.43 |

### AMOUNT IN ARREARS

| PRE-PETITION AMOUNT: | | | |
|---|---|---|---|
| 18 payments of | $438.00 | each one | 7,884.00 |
| acummulated lated charges | | | 332.88 |

**Advances Under Loan Contract:**

| | | | | |
|---|---|---|---|---|
| Title Search | $46.80 | Tax Certificate $0.00 | Inspection $0.00 | Escrow Advance $0.00 | 2,668.60 |
| Other | $2,621.80 | | | | |
| Legal Fees: | | | | | 300.00 |
| | | A = TOTAL PRE-PETITION AMOUNT | | | 11,185.48 |

| POST-PETITION AMMENDED: | | | |
|---|---|---|---|
| 0 payments of | $0.00 | each one | 0.00 |
| Late Charge | | | 0.00 |
| Post Petition Legal Fees | | | 0.00 |
| | B = TOTAL POST-PETITION AMOUNT | | 0.00 |

| POST-PETITION AMOUNT: | | | |
|---|---|---|---|
| 2 payments of | $438.00 | each one | 876.00 |
| Late Charge | | | 35.04 |
| Post Petition Legal Fees | $1,026.00 | | 1,026.00 |
| | C = TOTAL POST-PETITION AMOUNT | | 1,937.04 |
| | TOTAL AMOUNT IN ARREARS | | 13,122.52 |

### OTHER INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Next pymt due | 12/01/14 | Interest rate 4.000% | P & I $345.70 | Monthly late charge | $17.52 |
| Investor | Banco Popular de Puerto Rico | Property address | LOT 148F CAGUAS PR 00725 | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

BANCO POPULAR DE PUERTO RICO

07/21/16

DATE

SACCTFHA   Liliana Castro



CLE-P08*

**644310-6**

**NOTE**
*PAGARÉ*

| | | |
|---|---|---|
| **September 25th, 2013** | **Caguas** | **Puerto Rico** |
| DATE | CITY | STATE/U.S. TERRITORY |
| *Fecha* | *Ciudad* | *Estado/Territorio U. S.* |

PROPERTY ADDRESS: RD 795 KM 2.0 LOT F-148, RIO CAÑAS WD, COMM LA BARRA, CAGUAS, PR, 00725
Dirección Registral: PARCELA NUM.148 F, LA BARRA BARRIO RÍO CAÑAS, CAGUAS, PR

**1. BORROWER'S PROMISE TO PAY**

In return for a loan that I have received, I promise to pay **SEVENTY TWO THOUSAND FOUR HUNDRED TEN DOLLARS ($72,410.00)** (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **BANCO POPULAR DE PUERTO RICO**. I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder".

*1. PROMESA DEL DEUDOR DE PAGAR*

*A cambio de un préstamo que he recibido, prometo pagar la suma **SETENTA Y DOS MIL CUATROCIENTOS DIEZ DÓLARES ($72,410.00)**, (esta cantidad se llamará "Principal"), más intereses a la orden del Prestador. El Prestador es **BANCO POPULAR DE PUERTO RICO**. Haré todos los pagos bajo este Pagaré en efectivo, con cheque o giro.*

*Entiendo que el Prestador puede traspasar este Pagaré. Se llamará el "Tenedor del Pagaré" al Prestador y a cualquiera a quien se traspase este Pagaré y tenga derecho a recibir pagos bajo el mismo.*

**2. INTEREST**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate **FOUR PERCENT (4%)**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

*2. INTERESES*

*Se cargarán intereses sobre el principal adeudado, hasta que se salde la suma total del Principal. Pagaré intereses a la tasa anual de **CUATRO POR CIENTO (4%)**.*

*La tasa de interés impuesta en esta Sección 2 es la tasa que pagaré tanto antes como después de cualquier incumplimiento descrito en la Sección 6(B) de este Pagaré.*

**3. PAYMENTS**
**(A) Time and Place of Payments**

I will pay principal and interest by making a payment every month. I will make my monthly payments on the **first (1ˢᵗ)** day of each month, beginning on **NOVEMBER 2013**. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If on **OCTOBER 1ˢᵗ, 2043** I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make monthly payments at Altamira Popular Center, 1901 Avenida Jesús T. Piñero, San Juan, Puerto Rico, or at a different place if required by the Note Holder.

*3. PAGOS*
**(A)** *Tiempo y Lugar de los Pagos*

*Pagaré el principal y los intereses haciendo un pago cada mes.*

*Haré mis pagos mensuales el día **primero** de cada mes, comenzando en **NOVIEMBRE de 2013**. Haré estos pagos cada mes hasta que haya pagado todo el principal y los intereses, y cualesquiera otros cargos aquí establecidos que pueda adeudar bajo este Pagaré. Cada pago mensual se aplicará conforme su fecha de vencimiento, y será aplicado a intereses antes que al Principal. Si a primero de **OCTUBRE de 2043** aún adeudo sumas bajo este Pagaré, pagaré dichas sumas en su totalidad en esa fecha, la cual se llamará "Fecha de Vencimiento".*

*Haré mis pagos mensuales en el Edificio Altamira Popular Center, 1901 Avenida Jesús T. Piñero, Guaynabo, Puerto Rico, o en un lugar distinto si lo requiere el Tenedor del Pagaré.*

**(B)    Amount of Monthly Payments**

My monthly payments will be in the amount of **THREE HUNDRED FORTY FIVE DOLLARS WITH SEVENTY CENTS ($345.70).**

**(B)    Cantidad de los Pagos Mensuales**

*Mis pagos mensuales serán por la cantidad de **TRESCIENTOS CUARENTA Y CINCO DÓLARES CON SETENTA CENTAVOS ($345.70).***

**4.    BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

**4.    EL DERECHO DEL DEUDOR A PAGAR ANTICIPADO**

*Tengo el derecho de hacer pagos al Principal en cualquier momento antes de que venzan. Un pago al Principal solamente se conoce como un "Pago Anticipado". Cuando haga un Pago Anticipado, le diré al Tenedor del Pagaré por escrito que lo estoy haciendo. No puedo identificar un pago como Pago Anticipado si no estoy al día en mis pagos mensuales bajo el Pagaré.*

*Podré hacer un Pago Anticipado completo o Pagos Anticipados parciales sin pagar un cargo por Pago Anticipado. El Tenedor del Pagaré usará mis Pagos Anticipados para reducir el balance de Principal que adeude bajo este Pagaré. No obstante, el Tenedor del Pagaré podrá aplicar mi Pago Anticipado al pago de intereses acumulados vencidos antes de aplicar mi Pago Anticipado para reducir la suma Principal del Pagaré. Si hago un Pago Anticipado parcial, no habrá cambios en la fecha de vencimiento o en la cuantía de mi pago mensual, a menos que el Tenedor del Pagaré acuerde por escrito dichos cambios.*

**5.    LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces the Principal, the reduction will be treated as a partial Prepayment.

**5.    CARGOS DEL PRÉSTAMO**

*Si una ley que aplique a este préstamo y que fije un máximo a los cargos impuestos es interpretada en forma final al efecto que los intereses u otros cargos cobrados o por ser cobrados a tenor con este préstamo excediesen los límites*

*permitidos, entonces (a) cualquier tal cargo se ajustará por la cantidad necesaria para reducir el cargo al límite permitido; y (b) me será reembolsada cualquier suma ya pagada por mí que exceda los límites permitidos. El Tenedor del Pagaré podrá escoger entre aplicar este reembolso para reducir el Principal que adeude bajo este Pagaré, o hacerme un pago directo. Si un reembolso reduce el Principal, el reembolso se tratará como un Pago Anticipado parcial.*

**6.    BORROWER'S FAILURE TO PAY AS REQUIRED**

**(A)    Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be five percent (5%) of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

**6.    *INCUMPLIMIENTO DEL DEUDOR DE PAGAR SEGÚN REQUERIDO***

**(A)    *Cargos por Demora por Pagos Vencidos***

*Si el Tenedor del Pagaré no ha recibido la cantidad total de cualquier pago mensual pasados 15 días calendario de su fecha de vencimiento, le pagaré un cargo por demora. El cargo será de cinco por ciento (5%) del pago vencido de principal e intereses. Pagaré este cargo por demora prontamente, pero solamente una vez por cada pago tardío.*

**(B)    Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(B)    *Incumplimiento***

*Incurriré en incumplimiento si no pago la cantidad total de cada pago mensual a la fecha de su vencimiento.*



**(C)    Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least thirty (30) days after the date on which the notice is mailed to me or delivered by other means.

**(C)    *Aviso de Incumplimiento***

*Si incurro en incumplimiento, el Tenedor del Pagaré podrá enviarme aviso escrito diciéndome que si no pago la cantidad vencida para cierta fecha, podrá requerirme saldo inmediato de la suma total del Principal que no ha sido pagado, más todos los intereses que adeude sobre esta suma. Esa fecha tiene que ser por lo menos treinta (30) días después de la fecha en que me sea enviado el aviso por correo, o entregado por cualquier otro medio.*

**(D)    No Waiver by Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(D)    *No Renuncia por el Tenedor del Pagaré***

*Aun cuando a la fecha en que incurro en incumplimiento el Tenedor del Pagaré no me requiera que pague la totalidad inmediatamente, según expresado anteriormente, el Tenedor del Pagaré tendrá derecho a hacerlo si vuelvo a incurrir en incumplimiento en un fecha posterior.*

**(E)    Payment of Note Holder's Costs and Expenses**

If the Note Holder has notified me that I am required to pay immediately in full as described above, or the Note Holder seeks judicial collection or collection in a bankruptcy proceeding, the Note Holder shall be entitled to collect its costs and expenses to enforce this Note (including, but not limited to, attorneys' fees), which are fixed at the agreed and liquidated amount of ten percent (10%) of the original Principal amount.

**(E)    *Pago de Costas y Gastos del Tenedor del Pagaré***

*Si el Tenedor del Pagaré me ha notificado que tengo la obligación de pagar la totalidad inmediatamente, según se establece anteriormente, o el Tenedor del Pagaré radica cobro judicial o cobro en un procedimiento de quiebra, el Tenedor del Pagaré tendrá derecho a cobrar sus costas y gastos para hacer valer este Pagaré (incluyendo, pero sin limitarse a, honorarios de abogado), los cuales se fijan en la suma pactada y líquida de diez por ciento (10%) de la suma Principal original.*

**7.   GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**7.   *NOTIFICACIÓN***

*A menos que la ley aplicable requiera otro método, cualquier aviso que se me deba dar bajo este Pagaré se hará entregándome o enviándome por correo de primera clase, a la dirección de la Propiedad arriba indicada o a una dirección diferente, si le notifico por escrito una dirección diferente al Tenedor del Pagaré.*

*Cualquier notificación que deba dar al Tenedor del Pagaré, lo haré entregándola o enviándola por correo de primera clase a la dirección indicada en la Sección Tres (a) [3(a)], o a una dirección distinta que me haya notificado el Tenedor del Pagaré.*

**8.   OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety, or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety, or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note. 

**8.   *OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARÉ***

*Si más de una persona firma este Pagaré, cada persona queda plenamente y personalmente obligada a cumplir todas las obligaciones contenidas en este Pagaré, incluyendo la promesa de pagar la suma total adeudada. Cualquier persona que sea garantizadora, fiadora, o endosante de este Pagaré también queda obligada de esa manera. Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un garantizador, fiador, o endosante de este Pagaré, quedará también obligada a cumplir todas las obligaciones contenidas en este Pagaré. El Tenedor del Pagaré podrá hacer valer sus derechos bajo este Pagaré contra cada persona individualmente, o contra todos nosotros conjuntamente. Esto significa que cualquiera de nosotros podrá ser requerido a pagar todas las sumas adeudadas bajo este Pagaré.*

**9.   WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons obligated to pay the Note that amounts have not been paid.

**9.   *RENUNCIAS***

*Yo y toda otra persona obligada bajo este Pagaré renunciamos a la Presentación y al Aviso de Incumplimiento. "Presentación" significa el derecho a requerir que el Tenedor del Pagaré reclame pago de sumas vencidas. "Aviso de Incumplimiento" significa el derecho a requerir que el Tenedor del Pagaré notifique a otras personas obligadas a pagar el Pagaré, que no se han pagado las sumas adeudadas.*

**10.   UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the

promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

### 10.   *PAGARÉ GARANTIZADO UNIFORME*

*Este Pagaré es un instrumento uniforme con algunas alteraciones en algunas jurisdicciones. Además de las protecciones dadas al Tenedor del Pagaré bajo este Pagaré, una Hipoteca, Escritura de Fideicomiso, o Escritura de Garantía Colateral (la "Hipoteca"), de esta misma fecha, protege al Tenedor del Pagaré de posibles pérdidas que puedan resultar si no cumplo con las promesas que hago en este Pagaré. Esa Hipoteca describe cómo y bajo qué condiciones puedo ser requerido a pagar inmediatamente el total de todas las sumas que adeude bajo este Pagaré. Algunas de esas condiciones se describen a continuación:*

**Traspaso de la Propiedad o de un Interés Beneficiario del Deudor.** *Según se utiliza en esta Sección 18, "Interés en la Propiedad" significa todo interés propietario o beneficiario en la Propiedad, incluyendo, pero sin limitarse a, aquellos intereses beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.*

*Si sin previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.*

*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 15, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor.*

### 11.   SECURITY INSTRUMENT

Payment of the indebtedness evidenced by this Note is secured by a Security Instrument dated on even date herewith, constituted by deed number---(253)---- of the undersigned Notary Public.

### 11.   *HIPOTECA*

*El pago de la deuda evidenciada por este Pagaré está garantizado por una Hipoteca de esta misma fecha, constituida mediante la escritura número---(253)--- del Notario Público infrascrito.*

IN WITNESS THEREOF, WE HEREBY ACKNOWLEDGE AND SIGN THIS PROMISSORY NOTE.

In Caguas, Puerto Rico, this twenty fifth (25th), day of September 2013.

*EN TESTIMONIO DE LO CUAL RECONOCEMOS Y SUSCRIBIMOS ESTE PAGARÉ.*
*En Caguas, Puerto Rico, a veinticinco (25) de septiembre de 2013.*

_____ (Signature)
**JOSÉ REINALDO ACOSTA TORRES** Borrowers
Deudores

_____ (Signature)
**CELINES FÉLIX RODRÍGUEZ** Borrowers
Deudores

AFFIDAVIT NO. **"3,407"**
*Testimonio Núm.* **"3,407"**

---Acknowledge and subscribed before me by the above signatory, of the personal circumstances contained in the Mortgage deed hereinbefore described, who I have identify as expressed also in said deed, signed in the place and date above stated.---------------------

—*Reconocido y suscrito ante mí, por la arriba firmante, de las circunstancias personales que se relacionan en la antes descrita escritura de hipoteca y a quien he identificado según se expresa en la misma escritura firmado en el sitio y fecha arriba indicados.*--------------------------

_____
**Notary Public**
Notario Público



Certifico que el presente documento es una copia fiel y exacta de su original.

644310-6

Hoy día de su otorgamiento
expedí primera copia
certificada a petición de
BANCO POPULAR DE
PUERTO RICO. DOY FE.—



NOTARIO PÚBLICO

Primera Hipoteca / Segunda Hipoteca

CLE-P02*



---

FHA CASE NO. **501-8744231-703**

---NUMBER **TWO HUNDRED FIFTY THREE (253)**-----------
--- Número **DOSCIENTOS CINCUENTA Y TRES (253)**--------

------------------**FIRST MORTGAGE**--------------------
-----------------**PRIMERA HIPOTECA** --------------------

---In Caguas------------ Commonwealth of Puerto
---En **Caguas**---------- Estado Libre Asociado de

Rico, this **twenty fifth (25ᵗʰ) day of September**------
Puerto Rico, hoy veinticinco (25) de septiembre----

**two thousand thirteen (2013)**.------------------------
de dos mil trece (2013).-----------------------------

-------------------BEFORE ME----------------------
-----------------------ANTE MI-----------------------

--- **IRMARIE RIVERA MIRANDA,** Notary public in ----------
--- **IRMARIE RIVERA MIRANDA,** Notario Público en---------

Puerto Rico, with offices at SAN JUAN ------------------
Puerto Rico, con oficinas en--------------------Puerto Rico

and residence in CAROLINA------------------Puerto Rico
y residencia en ----------------------------Puerto Rico.

---------------------------APPEAR--------------------------
-----------------------------COMPARECEN---------------------

---The parties mentioned in Paragraphs Ninth and
---Las partes nombradas en los Párrafos Noveno y Décimo de esta

Tenth of this Deed, hereinafter called the "Bor-
Escritura, denominadas de aquí en adelante "Deudor Hipotecario"

rower" and the "Lender", whose personal circum-
Y "Acreedor Hipotecario", cuyas circunstancias personales apa-

stances are set forth in said paragraphs.------
Recen en dichos párrafos.-----------------------------

---The appearing parties assure me that they are
Asegúranme los comparecientes hallarse en el pleno goce de sus

in the full exercise of their civil rights without
derechos civiles, sin que me conste nada en contrario, y

anything to the contrary being known to me, and
teniendo a mi juicio la capacidad legal necesaria para este

being in my judgment legally competent to execute
Otorgamiento, libremente------------------------------

this document, they freely----------------------------

--------------------STATE AND COVENANT-----------------
-----------------------DECLARAN Y CONVIENEN--------------

FIRST: That the Borrower is the owner of the
PRIMERO: Qué el Deudor Hipotecario es el dueño de la propiedad o

property or properties described in Paragraph
propiedades descritas en el Párrafo Octavo de esta Escritura

Eighth of this Deed, hereinafter called the "Pro-
denominada en lo sucesivo la "Propiedad" y tiene el derecho

perty" and has the right to mortgage the Property;
de hipotecar la Propiedad; que la propiedad está libre de

that the property is unencumbered, except for
Cargas y gravámenes, excepto por las cargas inscritas y que el

encumbrances of record and that the Borrower will
Deudor Hipotecario garantizará y defenderá su título a la Pro-

warrant and defend the title to the Property
piedad contra toda reclamación y demanda.-------------------

against all claims and demands.-------------------
------------------------------------------------------------

SECOND:   That as evidence of a loan received from Lender,
SEGUNDO:   Que como evidencia de un préstamo recibido del Acreedor

the Borrower as of this date has subscribed a promissory note
Hipotecario, el Deudor Hipotecario ha suscrito en esta un pagaré

in the sum of **SEVENTY TWO THOUSAND FOUR HUNDRED TEN**--
por la suma de **SETENTA Y DOS MIL CUATROCIENTOS DIEZ** --

**FIVE DOLLARS ($72,410.00)**, with interest at--------
**CINCO DÓLARES (US $72,410.00)** con intereses a------

the rate of **FOUR PERCENT (4%)**----------------------
razón de **CUATRO** por ciento **(4%)** anual-------------------

per annum until the total satisfaction of----------
hasta el saldo total del mismo, pagadero a favor de-----

the same, payable to **BANCO POPULAR DE PUERTO RICO-**
**BANCO POPULAR DE PUERTO RICO** -------- o a su orden y

--------------------or its order, the principal and
pagadero el principal e intereses en plazos mensuales de----

interest being payable in monthly installments of
------------------------------------------------------------

**THREE HUNDRED FORTY FIVE DOLLARS WITH SEVENTY**-----
**TRESCIENTOS CUARENTA Y CINCO DÓLARES CON SETENTA**------

**CENTS (US $345.70)** commencing on the first day of--
**CENTAVOS (US$345.70)** comenzando el día primero de-

**NOVEMBER** Two Thousand **THIRTEEN (2013)**---------
**NOVIEMBRE** del Dos Mil **TRECE (2013)**--------------

and a like amount on the first day of each
e igual cantidad en casa uno de los días primero de

succeeding month until full payment of the debt,
cada mes subsiguiente hasta el pago total de la deuda, la cual

which if not paid earlier, will be totally due and
si no es pagada antes, será totalmente vencedera y pagadera el

payable on the first day of **OCTOBER** Two Thousand
primer día de **OCTUBRE** del DOS MIL--------------------

**FORTY THREE (2043)** authenticated by the authorizing--
**CUARENTA Y TRES (2043)** autenticado por el Notario----

Notary, as per Affidavit Number ----------"**3,407**"--
Autorizante, bajo Afidávit Número ----------"**3,407**"---

**THIRD:**   In order to guarantee the total and com-
**TERCERO:**   Con el propósito de garantizar el total y completo

plete payment of the debt as evidenced by the
pago de la deuda que evidencia el pagaré descrito anteriormente,

above described promissory note, as well as each
así como todas y cada una de las condiciones que el mismo con-

and every one of the conditions therein container, ---
tiene, y para garantizar además, tres sumas adicionales de

and  to  further secure  three additional amounts of

TEN PERCENT OF THE ORIGINAL LOAN AMOUNT--------- each,
DIEZ POR CIENTO DE LA CANTIDAD ORIGINAL DEL PRESTAMO cada una,---

which are stipulated to  cover  (a)  interest in ad-
que  se  fijan  para cubir (a) intereses además de los garanti-

dition  to those secured by law, (b) the amount
zados por la ley, (b) la suma que  el deudor se obliga a satis-

which  the  debtor undertakes to pay as a liquidated
facer  como  suma  líquida  sin necesidad de liquidación y apro-

amount  without  necessity  for  liquidation  and  ap-
bación por el tribunal para costas, gastos y honorarios de

proval  by  the  court  to cover  costs,  expenses  and
abogado  para  el  caso de que el tenedor del pagaré tome acción

attorney's  fees  in the event the holder of the
Judicial en ejecución de hipoteca y © cualesquiera otros ade--

Note has to  take  recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las

collection,  and © any other advances that may be--
cantidades que  el  pagaré expresa, el Deudor Hipotecario por la

made  under  this  contract  in addition to  the
presente  constituye  una Primera  Hipoteca (Hipoteca)  sobre la

amounts  stated  in the Note,  the  Borrower  hereby
Propiedad que ha sido descrita en  el párrafo Octavo, incluyendo

Constitutes  a First Mortgage  (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier

on  the  Property  described  in Paragraph Eighth,
otro edificio o edificios y estructuras que se construyan en la

including  all  of its buildings, machinery, in-
Propiedad así  como  cualquier otra maquinaria o instalaciones

stallations  and  any  other  building  or  buildings
que se coloquen en  la Propiedad o en los edificios que existan

and  structures  that  may  be  constructed  on  it  as
en la  misma, o que sean construidas allí en el futuro, durante

well  as  any  other machinery or installations that
la  vigencia de esta hipoteca, incluyendo todos sus usos, servi-

May  be  placed on  the Property or in the buildings
dumbres  y  demás  pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las  mismas y todos los aparatos e instalaciones de cualquier

thereon  in the future, during the period of time
clase para suplir y  distribuir calor, refrigeración, alumbrado,

that the  mortgage  in the effect, including  all  of
Calefacción, agua  o  energía y todo el servicio e instalaciones

Its uses, sevitudes  and other appurtenances, as
necesarias  instaladas o que se instalen en el futuro en la Pro-
---------------------------------------------------------
---------------------------------------------------------
---------------------------------------------------------
---------------------------------------------------------
---------------------------------------------------------
---------------------------------------------------------
well as its rents and the product of the same and all



piedad y en general sobre todo derecho de propiedad, título e

apparatus and installations of any kind for the fur-
interés que tenga el otorgante sobre la Propiedad.----------------

nishing and distribution of heat, refrigeration, light,
----------------------------------------------------------------

water or power and all the services and necessary
----------------------------------------------------------------

installations presently installed upon which or which may
----------------------------------------------------------------

be in the future installed upon the Property and in
----------------------------------------------------------------

general upon all of the property rights, title and
----------------------------------------------------------------

interest that the executing party may have in the
----------------------------------------------------------------

Property.------------------------------------------------
----------------------------------------------------------------

**FOURTH:** Borrower and Lender further coventant and agree
**CUARTO:** El Deudor Hipotecario y el Acreedor Hipotecario pactan

as follows:----------------------------------------------
y convienen, además:--------------------------------------------

---1. <u>Payment of Principal, Interest and Late Charge.</u>
---1. <u>Pago de Principal, Intereses y Recargos por Demora. El Deudor</u>

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest o the debt evidenced by the Note and late
mas los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note.------------------------------
recargos por demora adeudados conforme al Pagaré.----------------

---2. <u>Monthly Payment of Taxes, Insurance and Other</u>
---2. <u>Pago Mensual de Contribuciones, Seguros y Otros Cargos.</u>

<u>Charges.</u> Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá junto con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum for
por demora adeudado, una suma para (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tadadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and © premiums for
la Propiedad, y © primas de seguro requeridas en el Párrafo 4.

insurance required under Paragraph 4. In any year
En cualquier año en que el Acreedor Hipotecario deba pagar una

in which the Lender must pay a mortgage insurance
prima de seguro al Secretario de------------------------------------

premium to the Secretary--------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------

of Housing and Urban Development, ("Secretary), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año

in any year in which such premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote-

required if Lender still held the Security Instru-
cario aún es el tenedor del Instrumento Garantizador, cada pago

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: (i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by Lender to the Secre
Secretario, o (ii) un cargo mensual en lugar de la prima de

tary, or (ii) a monthly charge instead of a mort-
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance premium if this Security Instrument
rio es una suma razonable determinada por el Secretario.

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the
conceptos se llamarán "Partidas de Plica" los fondos pagados

monthly charge by the Secretary, these items are
al Acreedor Hipotecario se llamarán "Fondos de Plica". ---------

called "Escrow Items" and the sums paid to the lender
------------------------------------------------------------------

are called "Escrow Funds".------------------------
------------------------------------------------------------------

---Lender may, at any time, collect and hold
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar

amounts for Escrow Items in an aggregate amount
y retener Partidas de Plica en una cantidad agregada que no

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
Cuenta de plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974,
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C. §2601 et seq. and implementing regula-
Sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados de

tions, 24 C.F.R. Part 3500, as they may be amended
tiempo en tiempo ("RESPA"), excepto que la reserva permitida

from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos

cushion or reserve permitted by RESPA, for unan-
con anterioridad a la disponibilidad de los fondos del Deudor

ticipated disbursements or disbursements made
Hipotecario en la cuenta no podrán estar basados en las canti-

before the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca. ----------

The account may not be based on the amounts due for
------------------------------------------------------------------

the mortgage insurance premium.--------------------

---IF the amounts held by Lender for Escrow Items
---Si las cantidades retenidas por el Acreedor Hipotecario para





exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA.------------------------
dos en la forma requerida por RESPA.-------------------------

---If the amounts of funds held by Lender at any
---Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para pagar las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA.-------------------------------------
según permitido por RESPA.--------------------------------

---The Escrow Funds are pledged as additional
---Los Fondos de Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca.  Si el Deudor

Instrument.  If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited  with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installment items (a), (b) and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obliged to pay to the Secretary,
prontamente el exceso de los fondos al Deudor Hipotecario.

and Lender shall proptly refund any excess funds
Inmediatamente antes de la venta mediante la ejecución de la

to Borrower.  Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sale of the Property or its acquisition by Lender,
cario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b)

ance remaining  for all installments for items (a)
y (c).-----------------------------------------------

(b) and (c).------------------------------------
-----------------------------------------------

---3. Application of Payments.  All payments under
---3. Aplicación de Pagos.  Todos los pagos bajo los párrafos
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------

---Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue: --

follows:----------------------------------------------
-------------------------------------------------------

---First, to the mortgage insurance premium to be
---Primero, a la prima de seguro hipotecario a ser pagada por

paid by Lender to the Secretary or to the monthly
el Acreedor Hipotecario al Secretario o al cargo mensual paga-

charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro

mortgage insurance premium;---------------------
Hipotecario;-------------------------------------------

---Second, to any taxes, special assessments
---Segundo, a cualquier tipo de contribuciones, impuestos

leasehold, payments or ground rents, and fire
especiales, cánones de arrendamiento o renta por el uso del

flood and other hazard insurance premiums, as
suelo donde ubica la propiedad y las primas de seguro contra

required;----------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas;----------

---Third, to interest due under the Note;-------
--- Tercero, a intereses vencidos conforme el Pagaré;---------

---Fourth, to amortization of the principal of the
---Cuarto, a la amortización del principal del Pagaré; y------

Note; and------------------------------------------
-------------------------------------------------------

---Fifth, to late charges due under the Note.----
---Quinto, a los recargos por demora adeudados conforme el

-------------------------------------------------------
Pagaré. ----------------------------------------------

---4. Fire, Flood, and Other Hazard Insurance. El
---4. Seguros Contra Fuego, Inundaciones y Otros Riesgos. El

Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o

Property, whether now in existence or subsequently
Subsiguientemente edificadas sobre la Propiedad, contra ries-

erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua-

contingencies, including fire, for which Lender
les el Acreedor Hipotecario exige seguro. Dicho seguro será

requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor

tained in the amounts and for the periods that
Hipotecario requiera. El Deudor Hipotecario también asegurará

Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-

improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo

existence or subsiquently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por-----
flood to the extent required by the Secretary.
compañías de seguro aprobadas por el Acreedor Hipotecario. Las





All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved by Lender.   The insurance policies and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any renewals shall be held by Lender and shall
a favor de, y en forma aceptable al Acreedor Hipotecario.--------

include loss payable clauses in favor of, and in a
--------------------------------------------------------

form acceptable to, Lender.-----------------------
--------------------------------------------------------

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario notificará de

Lender immediate notice by mail.   Lender may make
inmediato por correo al Acreedor Hipotecario.   El Acreedor

proof of loss if not made promptly by Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby author-
Hipotecario no lo hiciere prontamente.   Cada compañia de seguro

ized and directed to make payments for such loss
concernida queda por la presente autorizada y ordenada para que

directly to Lender, instead of to borrower and to
efectúe el pago por tales pérdidas directamente al acreedor

Lender jointly.-----------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

--------------------------------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

--------------------------------------------------------
Acreedor Hipotecario conjuntamente.--------------------------------

---Al or any part of the insurance proceeds may
---Todo o cualquier parte del producto del seguro puede ser

be applied by lender at its option, either (a) to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the reduction of the indebtedness under this Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and this Security Instrument, first to any delin-
las cantidades atrasadas, aplicando en el orden indicado en el

quent amounts applied in the order in Paragraph 3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and then to the prepayment of principal, or (b) to the
ración o reparación de la Propiedad damnificada.   Cualquier

restoration or repair of the damaged property.
aplicación del producto del seguro al Principal no extenderá ni

Any application of the proceeds to the principal
pospondrá la fecha de vencimiento de los pagos mensuales a que

shall not extend or postpone the due date of the
se hace referencia en el Párrafo 2, ni cambiará la suma de di-

monthly payments which are referred to in Para-
chos pagos.   Cualquier exceso en el producto del seguro sobre

graph 2, or change the amount of such payments.
la cantidad requerida para pagar la totalidad de la deuda bajo -
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

Any excess insurance proceeds over an amount
el pagaré y esta Hipoteca será pagadero a la entidad con dere-

required to pay all outstanding indebtedness under

cho a ese pago. -----------------------------------------------

the Note and this Security Instrument shall be
--------------------------------------------------------------
paid to the entity legally entitled thereto.-----
--------------------------------------------------------------

---In the event of foreclosure of this Security
---En caso de ejecución de esta Hipoteca o de cualquier otra

Instrument or other transfer of title to the
transferencia del título de la Propiedad que extinga la deuda,

Property that extinguishes the indebtedness, all
todo derecho, título e interés del Deudor Hipotecario en póli-

right, title and interest of Borrower in and to
zas de seguro vigentes pasarán al comprador. --------------------

purchaser.----------------------------------------------------
--------------------------------------------------------------

---5. Occupancy, Preservation, Maintenance and
---5. Ocupación, Preservación, Mantenimiento y Protección de

Protection of the Property; Borrower's Loan Appli-
la Propiedad; Solicitud de Préstamo de Deudor Hipotecario,

cation; Leaseholds. Borrower shall occupy, estab-
Arrendamientos. El Deudor Hipotecario deberá ocupar, estable-

lish, and use the Property as Borrower's principal
cer y usar la Propiedad como su residencia principal (o

this Security Instrument (or within sixty days of
dentro de sesenta días siguientes a una venta o cesión subsi-

a later sale or transfer of the Property) and
guiente de la Propiedad) y deberá continuar ocupando la Propie-

shall continue to occupy the Property as Borrow-
dad como su residencia principal hasta por lo menos un año des-

er's principal residence for at least one year
pués de la fecha de ocupación de la misma, a menos que el

after the date of occupancy, unless Lender deter-
Acreedor Hipotecario determine que este requerimiento puede

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que

for Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control

exist which are beyond Borrower's control.
del Deudor Hipotecario. El Deudor Hipotecario deberá notificar

Borrower shall notify Lender of any extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias

Circumstances. Borrower shall not commit waste or
Atenuantes. El Deudor Hipotecario no causará menoscabo. ni   -
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------

destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad



erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

able wear and tear expected.  Lender may inspect
degaste normal.   El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default.  Lender may take
incumplimiento de préstamo.   El Acreedor Hipotecario podrá

reasonable action to protect and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacant or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada.  El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or inaccu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material infor-
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria)  en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a,

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence.---------------
Hipotecario de la Propiedad como su residencia principal.--------

---If this Security Instrument is on a leasehold,
---Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los terminus de dicho arrenda-

lease.  If Borrower acquires fee title to the
miento.   Si el Deudor Hipotecario adquiere titulo en pleno

Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
titulo en pleno dominio no se consolidarán a menos que el

writing.----------------------------------------
Acreedor Hipotecario dé su consentimiento por escrito.-----------

---6.  Condemnation.  The proceeds of any award or
---6.  Expropiación.  El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultants, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in
expropiación, quedan por la presente cedidos y serán pagados al
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

place of condemnation, are hereby assigned and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

shall be paid to Lender to the extent of the full
Pagaré y esta Hipoteca. -------------------------------------

amount of the indebtedness that remains unpaid
-------------------------------------------------------------

under the Note and this Security Instrument.
-------------------------------------------------------------

---Lender shall apply such proceeds to the reduc-
---El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion of the indebtedness under the Note and this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security Instrument, first to any delinquent
cualquier cantidad atrasada, en el orden dispuesto en el

amount applied in the order provided in Para-
Párrafo 3 y luego al prepago del principal. Cualquier aplica-

graph 3, and then to prepayment of principal. Any
ción de los fondos al principal no extenderá ni pospondrá la

application of the proceeds to the principal shall
fecha de vencimiento de los pagos mensuales a que se hace

not extend or postpone the due date of the monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos

payments, which are referred to in paragraph 2, or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change the amount of such payments. Any excess
saria para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds over an amount required to pay all out-
Hipoteca será pagado a la entidad con derecho a recibirlo. -------

standing indebtedness under the Note and this
-------------------------------------------------------------

Security Instrument shall be paid to the entity
-------------------------------------------------------------

legally entitled thereto.---------------------------
-------------------------------------------------------------

---7. Charges to Borrower and Protection of
---7. Cargos al Deudor Hipotecario y Protección a los Dere-

Lender's Rights in the Property. Borrower shall
chos del Acreedor Hipotecario sobre la Propiedad. El Deudor

pay all governmental or municipal charges, fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna-

and impositions that are not included in Para-
mental o municipal que no esté incluido en el Párrafo 2. El

graph 2. Borrower shall pay these obligations on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc-

time directly to the entity which is owed the
tamente a la entidad a la cual se le adeude dicho pago. Si la

Payment. If failure to pay would adversely affect
falta de pago afectase adversamente el interés del Acreedor

Lender's interest in the Property, upon Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------

request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments.---------------
recibos que evidencien dichos pagos.-------------------------





---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existiera un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that my significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación o para hacer valer

bankruptcy, for condemnation or to enforce laws or
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to protect the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2.------------------------------

mentioned in Paragraph 2.------------------------------
------------------------------------------------------------

---Any amounts disbursed by Lender under this
---Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be sevured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment. These amounts shall bear interest from the
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán venceueras y pagaderas inmediatamente.------------

payable.----------------------------------------------------
------------------------------------------------------------

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario liberará prontamente cualquier grava-

which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment to the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

manner acceptable to Lender; (b) contests in good
Acreedor Hipotecario; (b) dispute de buena fe el gravamen o se

faith the lien by, or defends against enforcement
defienda de la ejecución del gravamen en procesos legales que

of the lien in legal proceedings which in the

en   la   opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce-
ejecución;   o   © obtiene del portador del gravamen un acuerdo

ment of the lien; or © secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen

of the lien an arrangement satisfactory to Lender
A esta Hipoteca. Si el Acreedor Hipotecario determina que al-

subordinating the lien to this Security Instru-
guna parte de la Propiedad está sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificará

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomará una o más de

give Borrower a notice identifying the lien.
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satify the lien or take one or
ficación.-------------------------------------------------

more of the actions set forth above within 10 days
------------------------------------------------------------

of the giving of notice.------------------------------
------------------------------------------------------------

---8. Fees. Lender may collect fees and charges
---8. Honorarios. El Acreedor Hipotecario podrá cobrar los

autorized by the Secretary.--------------------------
honorarios y cargos autorizados por el Secretario.------------

---9. Grounds for Acceleration of Debt.-----------
---9. Bases para la Aceleración de la Deuda.------------------

---(a) Default. Lender may, except as limited by
---(a) Incumplimiento. El Acreedor Hipotecario podrá, sujeto

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable-

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if:----------------------------------------------
garantizadas por esta Hipoteca si:---------------------------

---(i) Borrower defaults by failing to pay in
---(i) El Deudor Hipotecario incumple al no pagar completa-

full any monthly payment required by this Security
Mente cualquier pago mensual requerido por esta Hipoteca, en o

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o
------------------------------------------------------------

montly payment; or-----------------------------------
------------------------------------------------------------

-----(ii) Borower defaults by failing, for a
-----(ii) El Deudor Hipotecario incumple al dejar de efectuar

period of thirty days, to perform any other obli-
durante un término de treinta días, cualquier otra obligación



Page 13 of 32                    Puerto Rico Revised Form August 1996

gations contained in this Security Instrument.---
contenida en esta Hipoteca.-------------------------------------

---(b)    Sale Without  Credit Approval.    Lender
---(b)   Venta sin Aprobación de Crédito.  El Acreedor Hipoteca-

shall, if permitted by applicable law (including
rio podrá, si fuera permitido por el derecho aplicable (inclu-

section 34(d) of the Garn-St. Germain Depository
yendo la sección 341(d) de la Ley Garn-St. Germain Depository

Institutions Act of 1982, 12 U.S.C. § 1701j-3(d)
Institutions Act de 1982, 12 U.S.C. § 1701j-3(d) y con la pre-

and with the prior approval of the Secretary,
via aprobación del Secretario, requerir el pago inmediato de la

require immediate payment in full of all sums
totalidad de todas las sumas garantizadas por esta Hipoteca

secured by this Security Instrument if:----------
si:-------------------------------------------------------------

-----(i)  All or part of the Property, or a bene-
-----(i)  Todo o parte de la Propiedad, o una participación en

ficial interest in a trust owing all or part of
un fideicomiso dueño de todo o parte de la Propiedad, es

the Property, is sold or otherwise transferred
vendida o de otra forma transferida por el Deudor Hipotecario

(other than by devise or descent), and------------
(excepto por legado o herencia), y----------------------------

-----(ii)  The Property is not occupied by the
-----(ii)  La Propiedad no está ocupada por el comprador o

purchaser or grantee as his or her principal resi-
cesionario como su residencia principal, o de estarlo, si su

dence, or the purchaser or grantee does not occupy
crédito no ha sido aprobado de acuerdo con los requisitos del

the Property, but his or her credit has not been
Secretario.-----------------------------------------------------

approved in accordance with the requirements of
----------------------------------------------------------------

the Secretary.------------------------------------
----------------------------------------------------------------

---(c)   No Waiver.   If circumstances occur that
---(c)   No Habrá Renuncia.  Si ocurrieran circunstancias que

would permit Lender to require immediate payment
permitan al Acreedor Hipotecario requerir el pago total inme-

in full, but Lender does not require such payment,
diato y no lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender does not waive its rights with respect to
derechos respecto a eventos subsiguientes.---------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------

subsequent events.--------------------------------------------

---(d)   Regulations of HUD Secretary.   In many
---(d)   Reglamentos del Secretario de HUD.  En muchas circuns-

circumstances regulations issued by the Secretary
tancias los reglamentos emitidos por el Secretario limitarán

will limit Lender's rights, in the case of payment

los derechos del Acreedor Hipotecario, en el caso de incum-

default, to require immediate payment in full and
plimiento, para requerir el pago total inmediato y para proce-

to foreclose if not paid. This Security Instru-
der a la ejecución si no lo satisfacen. Esta Hipoteca no auto-

ment does not authorize acceleration or foreclo-
riza aceleración de pago o ejecución de hipoteca a menos que

sure if not permitted by regulations of the
ello sea permitido por los reglamentos del Secretario.-------------

Secretary.---------------------------------------------------
------------------------------------------------------------------

---(e) Mortgage not Insured. Borrower agrees
---(e)   Hipoteca No Asegurada. El Deudor Hipotecario conviene

that if this Security Instrument and the Note are
que si esta Hipoteca y el Pagaré por ella garantizado no fueran

not determined to be elegible for insurance under
elegibles para ser asegurados bajo  la Ley Nacional de Vivienda

the National Housing Act within ninety (90) days
dentro de  noventa (90) días desde esta fecha, el Acreedor

from the date hereof, Lender, may at its option
Hipotecario podrá requerir, a opción suya, el pago total inme-

require immediate payment in full of all sums
diato de todas las sumas garantizadas por esta Hipoteca. La

secured by this Security Instrument. A written
declaración por escrito de cualquier agente autorizado del

statement of any authorized agent of the Secretary
Secretario fechada con posterioridad de noventa (90) días de

dated subsequent to ninety (90) days from the date
la fecha de ésta, negándose a asegurar esta Hipoteca y el

hereof, declining to insure this Security Instru-
Pagaré, se considerará  prueba concluyente de tal inelegibi-

ment and the Note, shall be deemed conclusive
bilidad. No obstante lo anterior, esta opción no podrá ser

proof of such inelegibility. Notwithstanding the
ejercitada  por el Acreedor Hipotecario cuando la no disponibi-

foregoing, this option may not be exercised by
lidad del seguro se deba únicamente a que dicho Acreedor

Lender when the unavailability of insurance is
Hipotecario no  haya remitido al Secretario la prima del seguro

solely due to Lender's failure to remit a mortgage
hipotecario.--------------------------------------------------

insurance premium to the Secretary.---------------
------------------------------------------------------------------
------------------------------------------------------------------
---10. Reinstatement. Borrower has a right to be
---10.   Reinstalación. el Deudor Hipotecario tiene el derecho

reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-

ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el



Instrument.   This right applies even after fore-
Pagaré o esta Hipoteca.   Este derecho aplica aún después de

closure proceedings are instituted.   To reinstate
haberse iniciado procedimiento de ejecución.   Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent they
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogado razonables y acostumbrados y gastos propiamente

customary attorney's fees and expenses properly
asociados con el procedimiento de ejecución.   Luego de la re-

associated with the foreclosure of the proceeding.
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciones que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total.   Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full.   However,
a permitir la reinstalación si: (i)   el Acreedor Hipoteca-

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(1)   Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two
diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceeding the commencement of a
cución actual, (ii)   la reintalación impide una ejecución por

current foreclosure proceeding, (ii) reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca.------------------------------------------------

affect the priority of the lien created by this
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

Security Instrument.------------------------------
--------------------------------------------------------

---11.   Borrower Not Released; Forebearance   by
----11.   Deudor Hipotecario No Relevado; Indulgencia de Morosi-

Lender not a Waiver.   Extension of the time of
dad   por   el   Acreedor hipotecario No Constituye Renuncia.   La

payment or modification of amortization of the
prórroga de la fecha de pago, la modificación de la amortiza-

sums secured by this Security Instrument granted
ción de las sumas aseguradas por esta Hipoteca concedida por

by Lender to any successor in interest of Borrower
el Acreedor Hipotecario a cualquier sucesor en titulo del Deu-

shall not operate to release the liability of the
dor Hipotecario no relevarán de responsabilidad al Deudor

original Borrower or Borrower's successors in
Hipotecario original o a sus sucesores en titulo. No se reque-

interest. Lender shall no be required to com-
rirá del Acreedor Hipotecario que comience procedimientos con-

mence proceedings against any successors in inter-
tra cualquier sucesor en titulo ni que rehuse extender la fecha

est or refuse to extend time for payment or other-
de pago o que de otra forma modifique la amortización de las

wise modify amortization of the sums secured by
sumas garantizadas por esta Hipoteca por razón de cualquier

this Security Instrument by reason of any demand
exigencia del Deudor Hipotecario original o de sus sucesores

made by the original Borrower or Borrower's suc-
en titulo. Cualquier indulgencia del Acreedor Hipotecario en

cessors in interest. Any forebearance by Lender in
el ejercicio de cualesquier derecho o remedio no constituirá

excercising any right or remedy shall not be a
renuncia ni impedimento para el ejercicio de cualesquiera de

waiver of or preclude the exercise of any right or
esos derechos y remedios.------------------------------------

remedy.-----------------------------------------------------
------------------------------------------------------------

---12. Successors and Assigns Bound; Joint and
---12. Sucesores y Cesionarios Obligados; Responsabilidad

Several Liability; Co-Signers. The covenants and
Solidaria; Co-firmantes. Los pactos y convecions contenidos en

agreements of this Security Instrument shall bind
esta Hipoteca obligarán y beneficiarán a los Sucesores y cesio-

and benefit the successors and assigns of Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,

and Borrower, subject to the provisions of Para-
sujeto a las disposiciones del Párrafo 9(b). Los pactos y

graph 9(b). Borrower's covenants and agreements
convenios del Deudor Hipotecario serán solidarios. Cualquier

shall be joint and several. Any Borrowers who co---
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no-----
------------------------------------------------------------
------------------------------------------------------------

signs this Security Instrument but does not exe-
del Pagaré: (a) es co-firmante únicamente para hipotecar todo

cute the Note: (a) is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciones contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta



terms of this Security Instrument; (b) is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and © agrees that
gar, modificar, renunciar o llegar a cualquier otro arreglo

lender and any other Borrower may agree to extend,
sobre los términos de esta Hipoteca o del Pagaré, sin el con-

modify, forebear or make any accomodations with
sentimiento de dicho co-firmante de la Hipoteca.------------------

regard to the terms of this Security Instrument or
--------------------------------------------------------

the Note without that Borrower's consent.----------
--------------------------------------------------------

---13. Notices. Any notice to Borrower provided
---13. Notificaciones. Toda notificación al Deudor Hipote-

for in this Security Instrument shall be given by
cario prevista en esta Hipoteca le será hecha mediante entrega

delivering it or mailing it by First Class Mail
o por correo de Primera Clase, a menos que el derecho aplicable

unless applicable law requires use of another
requiera el uso de otro método. La notificación le será diri-

method. The notice shall be directed to the Prop-
gida a la dirección de la Propiedad o a la que el Deudor Hipo-

perty address or any other address Borrower desig-
tecario haya designado mediante notificación al Acreedor Hipot-

nates by notice to Lender. Any notice to Lender
tecario. Cualquier notificación al Acreedor Hipotecario se

shall be given by First Class Mail to Lender's
hará por correo de Primera Clase a su dirección expresada en

address stated herein or any other Lender desig-
ésta o a la que el Acreedor Hipotecario designe mediante

nates by notice to Borrower. Any notice provided
notificación al Deudor Hipotecario. Cualquier notificación

for in this Security Instrument shall be deemed to
prevista en esta Hipoteca se entenderá hecha al Deudor Hipo-

have been given to Borrower or Lender when given
tecario o al Acreedor Hipotecario cuando se haya hecho de la

as provided in this paragraph.----------------------
manera dispuesta en este párrafo.--------------------------------

---14. Governing Law; Severability. This Secu-
---14. Derecho Aplicable; Separabilidad. Esta Hipoteca se
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

rity Instrument shall be governed by Federal Law
regirá por la ley Federal y las leyes del Estado Libre Asociado

and the Laws of the Commonwealth of Puerto Rico.
de Puerto Rico. En la eventualidad de que cualquier disposi-

In the event that any provision or clause of this
ción o cláusula de esta Hipoteca o del Pagaré conflija con el

Security Instrument or the Note conflicts with
derecho aplicable, dicho conflicto no afectará las demás

applicable law, such conflict shall not affect

disposiciones de esta Hipoteca o del Pagaré que se puedan cum-
other provisions of this Security Instrument or
plir sin la disposición conflictiva.   A estos fines las dispo-
the Note which can be given effect without the
siciones de esta Hipoteca y del Pagaré por la presente se
conflicting provision.   To this end the provisions
declaran separables.------------------------------------
of this Security Instrument and the Note are
------------------------------------------------------
declared to be severable.-----------------------------
------------------------------------------------------

---15. Borrower's Copy.   Borrower shall be given
---15. Copia para el Deudor Hipotecario.   Al Deudor Hipoteca-
one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de
rity Instrument.-------------------------------------
Hipoteca.--------------------------------------------

---16. Hazardous Substances.   Borrower shall not
---16.   Sustancias Peligrosas.   El Deudor Hipotecario no cau-
cause or permit  the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacena-
age, or release of any Hazardous Substances on or
miento, o emisión de cualquier sustancia peligrosa en la Pro-
in the Property.   Borrower shall not do, or allow
piedad.   El Deudor Hipotecario no hará ni permitirá que otras
anyone else  to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a
that is  in violation of any Environmental Law.
cualquier Ley Ambiental. Lo expresado en las dos oraciones
The preceding two  sentences shall not apply to the
anteriores no aplicará la presencia, uso o almacenamiento en
presence, use, or storage on the Property of small
la Propiedad de pequeñas cantidades de sustancias peligrosas
quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi-
erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad.------------------
residencial uses and to maintenance of the
------------------------------------------------------
Property.---------------------------------------------
------------------------------------------------------
------------------------------------------------------
---Borrower shall proptly give Lender written
---El Deudor Hipotecario dará prontamente al Acreedor Hipote-
notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-
suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agencia
latory agency or private party involving the Pro-
gubernamental o reguladora o persona particular que afecte
perty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental



Law of which Borrower has actual knowledge.   If
de la cual el Deudor Hipotecario tiene conocimiento.   Si el

Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o es notificado por cualquier

mental o regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar

or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-

affecting the Property is necessary, Borrower
grosa que afecta la Propiedad, el Deudor Hiporecario tomará

shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la

in accordance with Environmental Law.--------------
Ley Ambiental.-------------------------------------------

---As used in this Paragraph 16, "Hazardous Sub-
---Tal y como se usa en este Párrafo 16, "Sustancias Peligrosas"

tances" are those substances defined as toxic or
son aquellas sustancias definidas como tóxicas o sustancias

hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:

the following substances:   gasoline, kerosene,
gasolina, kerosón, otras sustancias inflamables o tóxicas

other flammable or toxic petroleum products, toxic
derivadas del petróleo, insecticidas y herbicidas, solventes

pesticides and herbicides, volatile solvents,
volátiles, materiales que contienen asbestos o formaldehido y

materials containing asbestos or formaldehyde, and
materiales radioactivos.   Tal como se usa en este Párrafo 16,

radioactive materials.   As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-

graph 16, "Environmental Law" means federal laws
dicción donde está la Propiedad ubicada relacionadas con sani-

and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental.-------------------------

located that relate to health, safety or eviron-
-----------------------------------------------------------

mental protection.------------------------------------
-----------------------------------------------------------

---17.   Assignment of Rents.   Borrower uncondi-
---17.   Cesión de Rentas.   El Deudor Hipotecario incondicional-
-----------------------------------------------------------
-----------------------------------------------------------
-----------------------------------------------------------
-----------------------------------------------------------

tionally assigns and transfers to Lender all the
mente cede y transfiere al Acreedor Hipotecario todas las ren-

rents and revenues of the Property.   Borrower
tas y réditos de la Propiedad.   El Deudor Hipotecario autoriza

authorizes Lender or Lender's agents to collect
al Acreedor Hipotecario o sus agentes a cobrar las rentas y

the rents and revenues and hereby directs each
réditos y por la presente instruye a cada inquilino de la Pro-

tenant of the Property to pay the rents to Lender
piedad que pague las rentas al Acreedor Hipotecario o a sus

or Lender's agents.  However, prior to Lender's
agentes.  No  obstante,  antes  de que el Acreedor Hipotecario

notice  to Borrower of Borrower's breach of any
notifique al Deudor Hipotecario de que éste ha violado cualquier

covenant or agreement in the Security Instrument
convenio  o  acuerdo contenido en la Hipoteca, el Deudor Hipote-

Borrower shall collect and receive all rents and
cario  cobrará  y recibirá todas las rentas y réditos de la Pro-

revenues of  the  Property as trustee for the bene-
piedad como fiduciario para beneficio del Acreedor y del Deudor

fit of Lender and Borrower.  This assignment of
Hipotecario.  Esta cesión de rentas constituye una cesión abso-

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente.---------

an assignment for additional security only.--------
--------------------------------------------------------

---If lender gives notice of breach to Borrower:
---Si  el Acreedor Hipotecario notifica una violación al Deudor

(a) all rents received by Borrower shall be held
Hipotecario:  (a)  todas  las  rentas  recibidas por el Deudor

by  Borrower as  trustee for benefit of Lender only
Hipotecario  las  retendrá  únicamente en calidad de fiduciario

to  be  applied to the sums secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a

Instrument; (b) Lender shall be entitled to col-
las sumas garantizadas por esta Hipoteca;  (b) el Acreedor Hipo-

lect  and receive all of the rents of the Property;
tecario tendrá derecho a cobrar  y a recibir todas las rentas de

and © each  tenant of the Property shall pay all
la Propiedad;  y  ©  cada inquilino de la Propiedad pagará al

rents due and unpaid to Lender or Lender's agent
Acreedor  Hipotecario  o a sus agentes todas las rentas vencidas

on Lender's written demand to the tenant.----------
y adeudadas con sólo  mediar requerimiento escrito  a todos esos

--------------------------------------------------------
efectos.------------------------------------------------

---Borrower  has  not  executed any prior assigments
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha

of  the  rents  and has not ans will not perform any
ejecutado ni ejecutará ningún acto que impida al acreedor Hipo-

act that would prevent lender from exercising its
tecario ejercitar sus derechos bajo este Párrafo 17.--------------

rights under this Paragraph 17.--------------------
--------------------------------------------------------

---Lender shall not be required to enter upon,
---Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower.  How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado



may do so at any time there is a breach.  Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación.  Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender.  This assignment of rents of the Property
Acreedor Hipotecario.  Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full.-------------------
haya pagado en su totalidad.--------------------------------

---18.  Foreclosure Procedure.  If Lender requires
---18.  Procedimiento de Ejecución.  Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedios permitidos

remedies permitted by applicable law.  Lender
por las leyes aplicables.  El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin im-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence.---
tos de evidencia de título.--------------------------------

---If Lender invokes the power of sale, Lender
---Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará noticación de la venta al Deudor

manner provided in Paragraph 13.  Lender shall
Hipotecario en la forma estipulada en el Párrafo 13.  El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciará el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------

applicable law.  Lender or its designee may pur-
aplicable.  El Acreedor Hipotecario o persona designada puede

chase the Property at any sale.  The proceeds of
comprar la Propiedad en cualquier venta.  El producto de la

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden:  (a) a todos los

(a)  to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, gastos

not limited to, reasonable attorney's fees; (b) to
razonables de abogado;  (b)  a todas las sumas garantizadas por

all sums secured by this Security Instrument; and
esta Hipoteca;  y  ©  cualquier exceso a la persona o personas

© any excess to the person or persons legally
que legalmente tengan derecho a ello.------------------------------

entitled to it.------------------------------------------------
------------------------------------------------------------------

---If the Lender's interest in this Security
---Si el interés del Acreedor Hipotecario en esta Hipoteca está

Instrument is held by the Secretary and the Secre-
en poder del Secretario y el Secretario requiere pago total de

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario puede invocar la po-

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley

(12 U.S.C. § 3751 et seq.) by requesting a fore-
para que comience la ejecución y venta la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al

provided in the Act. Nothing in the preceeding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable.--

sentence shall deprive the Secretary of any rights
------------------------------------------------------------------

otherwise available to a Lender under this Para-
graph 18 or applicable law.------------------------------

---19. Condominium Covenants. If the Property is
---19. Acuerdos para Régimen de Propiedad Horizontal. Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu-
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded.-------------
flictiva en esta Hipoteca quedará sin efecto.--------------------
------------------------------------------------------------------
------------------------------------------------------------------
------------------------------------------------------------------

---A. So long as the Owners' Association of the
---A. Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta") mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents, including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y



insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requieres,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
máximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument of the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación de Deudor Hipo-

installment of hazard insurance on the Property,
bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta. El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

isfied to the extent that the required coverage is
de cualquier interrupción de la cubierta de seguro contra

provided by the Owners' Association Policy. Bor-
riesgo requerida y de cualquier pérdida causada por riesgo.

rower shall give Lender prompt notice of any lapse
En caso de distribución del producto del seguro contra ries-

in required hazard insurance coverage and of any
gos en lugar de la restauración o reparación después de una

loss occurring from hazard. In the event of a
pérdida sufrida por la Propiedad, ya sea en la unidad en condo-

distribution of hazard insurance proceeds in lieu
minio o en los elementos comunes, cualquier cantidad pagadera
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------

of restoration or repair following a loss to the
al Deudor Hipotecario queda por la presente cedida y será paga-

Property, whether to the Condominium unit or to
dera al Acreedor Hipotecario para aplicarse a las sumas asegu-

the common elements, any proceeds payable to Bor-
radas por esta Hipoteca y cualquier exceso será pagadero a

rower are hereby assigned and shall be paid to
quien legalmente tenta derecho al mismo.--------------------

Lender for application to the sumas secured by this
--------------------------------------------------

Security Instrument, with any excess paid to the
--------------------------------------------------

entity legally entitled thereto.--------------------
--------------------------------------------------

---B.   Borrower promises to pay all dues and
---B.   El Deudor Hipotecario promete pagar su parte proporcio-

assessments imposed pursuant to the legal instru-
nal de los gastos comunes y derramas impuesto por la Junta

ments creating and governing the Condominium
según dispuesto en los reclamentos del Condominio.---------------

Project.----------------------------------------------------
---------------------------------------------------------------

---C.   If Borrower does not pay condominium dues
---C.   Si el Deudor Hipotecario no paga sus cuotas de manteni-

and assessments when due, then Lender may pay
miento y derramas a su vencimiento, el Acreedor Hipotecario

them. Any amounts disbursed by Lender under this
podrá pagarlas.  Cualquier suma desembolsada por el Acreedor

Paragraph C shall become additional debt for Bor
Hipotecario bajo este Párrafo C se convertirá en una deuda

rower secured by this Security Instrument.Unless
adicional del Deudor Hipotecario asegurada por esta Hipoteca

Borrower and Lender agree to other terms of pay-
A menos que el Deudor Hipotecario y el Acreedor Hipotecario

ment, these amounts shall bear interest from the
acuerden otros términos de pago,estas sumas devengarán intereses

date of disbursement, at the Note's rate and shall
desde la fecha del desembolso al tipo establecido en el Pagaré

be payable, with interest, upon notice from Lender
y serán pagaderas, con intereses, tan pronto como el Acreedor

to Borrower requesting payment.----------------------
Hipotecario haga requerimiento de pago.-------------------------

---D.   In this case Lender may also declare the
---D.   En este caso el Acreedor Hipotecario puede también de-----

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma to

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades

immediately due, demandable, and payable, if Bor---
garantizadas por esta Hipoteca, si el Deudor Hipotecario no-----
----------------------------------------------------------------
----------------------------------------------------------------

rower fails to make monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary.--
cario pagaderos al Secretario.----------------------------------

**FIFTH**: **Minimum Bidding Amount**.  In compliance
QUINTO:  _Tipo Mínimo en Subasta_.  En cumplimiento de lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of Act Number One Hundred Ninety-Eight
Número Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso



the minimum bidding amount for the first public
de ejecución, la cantidad igual a la suma principal de esta

auction in case of foreclosure is fixed in the
hipoteca------------------------------------------------

amount equal to the principal sum of this mortgage.
--------------------------------------------------------

**SIXTH:** **Recording in the Registry of Property.**
SEXTO: <u>Inscripción en el Registro de la Propiedad.</u> El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial.-------------------

of this Mortgage, the debt shall become totally
--------------------------------------------------------

due and Lender may proceed to its judicial collec-
--------------------------------------------------------

tion.---------------------------------------------------
--------------------------------------------------------

**SEVENTH:** **Mortgage Note; Interpretation.** The
SEPTIMO: <u>Hipoteca y Pagaré; Interpretación.</u> Esta Hipoteca y

Mortgage and the Note have been originally drafted
Pagaré han sido originalmente redactados en el idioma inglés

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this language shall prevail over their Spanish
sobre su traducción al español.--------------------------
--------------------------------------------------------
--------------------------------------------------------
--

translations.-------------------------------------------
--------------------------------------------------------

**EIGHT:** **Description and Registration Data of the**
OCTAVO: <u>Descripción y Datos de Inscripción de la Propiedad.</u>

**Property.**-----------------------------------------------
--------------------------------------------------------

---"RÚSTICA: Parcela marcada con el número ciento
cuarenta y ocho "F" (148F) en el plano de
parcelación de la comunidad rural La Barra del
Barrio Río Cañas del término municipal de Caguas,
Puerto Rico, con una cabida superficial de
novecientos sesenta y uno punto sesenta y un
(961.61) metros cuadrados. En lindes por el NORTE,
con la parcela número ciento cuarenta y siete (147)
de la comunidad; por el SUR, con la parcela número
ciento cuarenta y ocho "E" (148-E), de la
comunidad; por el ESTE, con calle y parcela número

ciento cuarenta y ocho "G" (148-G) de la comunidad; por el OESTE, con la parcela número ciento cuarenta y siete (147) de la comunidad".--------------------

---*Catastro Número: "199-001-057-24-001"*-----------

---**La propiedad consta inscrita al folio ciento setenta y cuatro (174) del tomo mil doscientos tres (1,203) de Caguas, finca número cuarenta y dos mil doscientos treinta y ocho (42,238). Registro de la Propiedad de Puerto Rico, Primera Sección de Caguas.**-------------------------------------------

---La propiedad antes descrita por su procedencia se encuentra afecta a Servidumbre a favor de la Autoridad de Acueductos y Alcantarillados de Puerto Rico y por sí a la siguiente hipoteca:------------

---Hipoteca a favor de AAA Concordia Mortgage Corporation, o a su orden, por la suma de SETENTA Y SIETE MIL TRESCIENTOS CINCUENTA DÓLARES ($77,350.00), la cual será saldada con esta transacción y cancelada oportunamente en el Registro de la Propiedad ------------------------

-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

**NINTH:** **Borrower (Notary) Personal Knowledge or**
NOVENO: Deudor Hipotecario (Fe Notarial de Conocimiento Perso-

**Form of Indentification.**--------------------------
nal o Identificación).---------------------------

---**JOSÉ REINALDO ACOSTA TORRES and CELINES FÉLIX RODRÍGUEZ, both of legal age, married to each other, property owners and residents of Caguas, Puerto Rico, identify by driver licenses, respectivelly.**-----------------------------------

---Por no conocer personalmente a los comparecientes DOY FE de identificarlos según lo autoriza el Artículo Diecisiete c (17 c), de la Ley

**TENTH:** Lender   (Notary's Personal Knowledge   or
**DECIMO:** Acreedor Hipotecario (Fe Notarial de Conocimiento

Form of Identification). Lender is----------------

**BANCO POPULAR DE PUERTO RICO,** --------------------
**BANCO POPULAR DE PUERTO RICO,** --------------------

a   corporation   organized   and   existing-----
una   corporación   organizada y existente al   amparo de ----

under de Laws of the Commonwealth of Puerto Rico--
las Leyes del Estado Libre Asociado de Puerto Rico  con oficinas--

with principal offices at the 1901 Jesús T. Piñero
principales en el 1901 de la Avenida Jesús T. Piñero --

Avenue, San Juan, Puerto Rico 00920 --------------
San Juan, Puerto Rico  00920 --------------------------

here in represented by its Officer, --------------
representado en este acto por su Oficial, -----------------

EVELYN SANCHEZ ALVARADO----------of legal age, ---
EVELYN SANCHEZ ALVARADO--------- mayor de edad----

married-----------, executive and resident of-----
casada,-----------, ejecutivo(a) y vecino(a) de---

Caguas,---------- Puerto Rico.--------------------
Caguas,---------- Puerto Rico.--------------------

Certificate of-------------------------------------
Certificado de ---------------------------------------

Resolution, dated December thirty first (31st), Two Thousand --
Resolución fechada treinta y uno (31) de diciembre de dos mil-

twelve (2012), subscribed by Ignacio Álvarez------------
doce (2012), suscrito por Ignacio Álvarez ---------

as Assistant Secretary of said Corporation, before
como Asistente Secretario de la referida Corporación, ante la -----

Notary Public Marta M. Kury Latorre. The --------------
Notario Público Marta M. Kury Latorre. La ---------

appearing party is personally known to me the --------
parte compareciente es personalmente conocida por la ------------

subscribing Notary Public. --------------------------
notario público suscribiente. --------------------

**ELEVENTH:**   Homestead Rights; Waiver.   To further
**UNDÉCIMO:** Hogar Seguro; Renuncia.  Para mayor garantía de pago

secure payment of the Note, Borrower, in confor-
del Pagaré, el Deudor Hipotecario, de conformidad con las leyes

mity with the laws of the Commonwealth of Puerto
del Estado Libre Asociado de Puerto Rico, expresamente renuncia

Rico, expressly waives in favor of Lender his
a favor del Acreedor Hipotecario su derecho de hogar seguro so----

homestead and property rights, with   all of the
bre la Propiedad con todos los usos y derechos que en la actua-

uses and rights which he presently possesses or
lidad posee o que pueda poseer en el futuro, expresamente---

may  in  the future possess therein, expressly waiv-

Page 29 of 32                    Puerto Rico Revised Form August 1996



renunciando a favor del Acreedor Hipotecario todos sus títulos, ---

ing in favor of the Lender all of his titles, rights
derechos e intereses de cualquier clase o descripción en la

and interests of nay kind or description in the
Propiedad y en los edificios en ella construidos, que actual-

Property and in the buildings constructed thereon,
mente o en el futuro posea.------------------------------

which he presently possesses or may in the future
------------------------------------------------

possess.----------------------------------------
------------------------------------------------

---**DUODÉCIMO: Advertencias relacionadas a la Ley
Ciento Ochenta y Cuatro (184) del diecisiete (17)
de agosto de dos mil doce (2012), mejor conocida
como la Ley para Mediación Compulsoria y
Preservación de tu Hogar en los Procesos de
Ejecución de Hipotecas de una vivienda Principal
(la "Ley 184").**------------------------------

En cumplimiento de las disposiciones del Artículo
Cuatro (4) de esta ley, el Acreedor Hipotecario le
ha advertido al (a los) deudor(es) hipotecario(s),
por escrito, que la Ley Ciento Ochenta y Cuatro
(184) requiere que en los casos en que el Tribunal
lo considere necesario, se lleve a cabo una reunión
compulsoria de mediación en los casos de Ejecución
de Hipoteca que puedan culminar en la Venta
Judicial de una propiedad residencial que
constituya vivienda principal, que vivienda
principal es aquella que se ulitiza con el hogar
principal del deudor o de los deudores y su familia
inmediata; y que para fines contributivos sobre
bienes inmuebles, es aquella para la cual aplicaría
la exención contributiva principal. La Ley Ciento
Ochenta y Cuatro (184) dispone, además, que los
requisitos para participar del proceso de mediación
compulsoria son: que la propiedad sobre la cual se
inicie el proceso de ejecución constituya la
vivienda principal del deudor y que el deudor
hipotecario demandado no se encuentre en rebeldía
en el proceso de ejecución que sus alegaciones no
hayan sido eliminadas por el Tribunal. Se le ha
advertido, además que es conveniente que en caso de
recibir un emplazamiento con copia de una demanda
de Ejecución de Hipoteca, el Deudor Hipotecario
procure Asistencia Legal. Así mismo, se recomienda
que en caso de recibir un emplazamiento con copia
de una demanda de Ejecución de Hipoteca, el Deudor
Hipotecario presente contestación a la demanda para
poder solicitar la Mediación. Se advierte que en
caso de que el deudor sea demandado y no presente
alegación responsiva o contestación a la demanda se
arriesga a perder su propiedad. En caso de ser
demandado en un procedimiento de Ejecución de
Hipoteca, el deudor hipotecario tendrá disponible
alternativas para la retención o disposición de su
propiedad bajo el programa de mitigación de
pérdidas del Banco ("Loss Mitigation") siempre y
cuando cualifique. Entre las alternativas vigentes
para preservar su residencia principal se
encuentran: plan de pago, modificación, moratoria y
reclamo parcial para los préstamos FHA. De usted
necesitar información sobre nuestras alternativas
de mitigación de pérdidas, deberá comunicarse con
nuestro departamento de "Loss Mitigation" al número

(787) 522-1544. Se advierte que en caso de que el
deudor no participe en el proceso de mediación
compulsoria se arriesga a perder su propiedad.
También se advierte que los gastos relacionados con
la mediación se pagarán, a falta de pacto en
contrario, por partes iguales.--------------------

--------------------ACCEPTANCE--------------------
--------------------ACEPTACIÓN--------------------

---The appearing parties, Lender and Borrower,
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan

accept this Deed in its entirety and I, the
esta Escritura en su totalidad y Yo, el Notario, les hice las

Notary, made to the appearing parties the neces-
advertencias legales pertinentes a su otorgamiento. Yo el

sary legal warnings concerning its execution. I,
Notario, advertí a los comparecientes de su derecho a tener

the Notary, advised the appearing parties as to
testigos presentes en este otorgamiento, a cuyo derecho renun-

their right to have witnesses present at this
ciaron. Luego de haber sido leída esta Escritura por los

execution, which right they waived. The appearing
comparecientes, la ratifican totalmente y confirman que las

parties, having read this Deed in its entirety,
declaraciones contenidas en la misma reflejan fiel y exacta-

fully ratify and confirm he statements contained
mente sus estipulaciones, pactos y convenios, por lo que los

herein as the true and exact embodiment of their
comparecientes firman esta Escritura ante mí, el Notario, y

stipulations, covenants and agreements, whereupon
escriben sus iniciales en todas y cada una de sus páginas.---------

the appearing parties sign this Deed before me,
the Notary, and place their initials on each and

every page of this Deed.--------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------

---I, the Notary, do hereby certify and attest as
---Yo, la Notario, por la presente certifico y DOY FE de todo



**ESTUDIO**

| | | |
|---|---|---|
| **CLIENTE** | : **RIVERA-MUNICH, ELIZA & HERNANDEZ LAW OFFICES PS** | 272,109 |

**RE** : **JOSE R ACOSTA TORRES/ 0831/**
**ZULMARIE DELGADO/ EJECUCIONES/**

**FINCA** : Número 42,238, inscrita al folio 174 del tomo 1203 de Caguas.
Registro de la Propiedad de Puerto Rico, Sección I de Caguas.

**DESCRIPCION**:

**RUSTICA**: Parcela marcada con el número ciento cuarenta y ocho "F" (148F) en el plano de
parcelación de la comunidad rural La Barra del Barrio Río Cañas del término municipal de Caguas,
Puerto Rico, con una cabida superficial de novecientos sesenta y uno punto sesenta y un (961.61)
metros cuadrados.  En líndes por el **NORTE**, con la parcela número ciento cuarenta y siete (147) de
la comunidad; por el **SUR**, con la parcela número ciento cuarenta y ocho "E" (148-E), de la
comunidad; por el **ESTE,** con calle y parcela número ciento cuarenta y ocho "G" (148-G) de la
comunidad; por el **OESTE**, con la parcela número ciento cuarenta y siete (147) de la comunidad.

**ORIGEN REGISTRAL:**

Se segrega de la finca número 32,996, inscrita al folio 117 del tomo 963 de Caguas.

**PLENO DOMINIO:**

Consta inscrito al folio 176 del tomo 1203 de Caguas, a favor de **José Reinaldo Acosta Torres y su
esposa Celines Félix Rodríguez**, quienes lo adquirieron por compraventa de Secretary of Housing
Urban Development of Washington D.C., por precio de $61,500.00, mediante la escritura número
123, otorgada en San Juan, Puerto Rico, el día 17 de agosto de 2006, ante el notario Gema González
Rodríguez, finca número 42,238, inscripción 4ta, como Asiento Abreviado extendido a las líneas el
día 1 de noviembre de 2013, según la ley número 216 del día 27 de diciembre de 2010. (Fue
presentado el día 25 de agosto de 2006 al Asiento 348 del Diario 1127).

**PREVIA:**

Consta a favor de **Secretary of Housing and Urban Development of Washington D.C.**, cuya
entidad lo adquirió por cesión de R&G Mortgage Corporation, con valor de $1.00, mediante la
escritura número 61, otorgada en San Juan, Puerto Rico, el día 12 de mayo de 2006, ante el notario
Eufemio Martínez Cintrón, inscrito al folio 176 del tomo 1203 de Caguas, finca número 42,238,
inscripción 4ta, como Asiento Abreviado extendido a las líneas el día 1 de noviembre de 2013, según
la ley número 216 del día 27 de diciembre de 2010. (Fue presentado el día 24 de mayo de 2006 al
Asiento 1504 del Diario 1124).

**PREVIA:**

Consta a favor de **R&G Mortgage Corporation**, cuya entidad lo adquirió por venta judicial precio
de $63,900.00, mediante la escritura número 664, otorgada en San Juan, Puerto Rico, el día 18 de
agosto de 2004, ante el notario José R. Fournier Torres, inscrito al folio 176 del tomo 1203 de
Caguas, finca número 42,238, inscripción 4ta, como Asiento Abreviado extendido a las líneas el día
1 de noviembre de 2013, según la ley número 216 del día 27 de diciembre de 2010. (Fue presentado
el día 9 de septiembre de 2004 al Asiento 1410 del Diario 1105).

2                                                                                 272,109

Continuación…
Finca número 42,238

**PREVIA:**

Consta a favor de **Carlos Ovidio Concepción Quiñones, soltero**, quien lo adquirió por compraventa de Candido López Torres y su esposa María Victoria Alonso Delgado, por precio de $34,500.00, mediante la escritura número 29, otorgada en San Juan, Puerto Rico, el día 31 de enero de 1989, ante el notario David Ortíz Cruz, inscrito al folio 42,238 del tomo 1203 de Caguas, finca número 42,238, inscripción 2da.

**GRAVÁMENES:**

i.  Por su procedencia está afecta a:

    Servidumbre a favor de  la Autoridad de Acueductos y Alcantarillados de Puerto Rico.

ii.  Por sí está afecta a:

    Hipoteca en garantía de un pagaré a favor de Banco Popular de Puerto Rico, o a su orden, por la suma principal de $72,410.00, con intereses al 4% anual, vencedero el día 1 de octubre de 2043, constituida mediante la escritura número 253, otorgada en Caguas, Puerto Rico, el día 25 de septiembre de 2013, ante la notario Irmarie Rivera Miranda, e inscrita al folio 82 del tomo 1790 de Caguas, finca número 42,238, inscripción 5ta.

**EL SIGUIENTE DOCUMENTO SE ENCUENTRA PRESENTADO Y PENDIENTE DE DESPACHO:**

AL ASIENTO 139 DEL DIARIO 1190, se presentó el día 24 de noviembre de 2015, Copia de Demanda del día 1 de junio de 2015, expedido en el Tribunal de Primera Instancia de Puerto Rico, Sala de Caguas, en el Caso Civil número ECD2015-0593, para que se anote Aviso de Demanda a favor de Banco Popular de Puerto Rico, el cual solicita el pago de dedua por la suma de $71,026.22 garantizada con hipoteca de $72,410.00 o la venta en Pública Subasta.

**REVISADOS:**

Registro de Embargos del ELA, incluyendo los de la Ley número 12 del día 20 de enero de 2010; Contribuciones Federales; Sentencias a las 12:25 pm; Bitácora Ágora; Electrónica y Sistema Karibe hasta el Asiento 2016-026992.

**NOTA: Esta Sección tiene establecido un sistema computadorizado de Bitácoras.  No nos hacemos responsables por errores y/u omisiones que cometa el Empleado del Registro en la entrada y búsqueda de datos en el mismo.**

This document is not a commitment to insure nor a Title Insurance Policy and should not be relied upon as such.  For protection, Purchaser and Lender should require a Title Insurance Policy.  If this document is used by someone other that the party requesting it, said person does so assuming any and all risks and liabilities.  No title company othe than the Title Security, Inc., is authorized to rely on this title study to issue a Title Insurance Commitment and/or Policy.  Capital Title Services, Inc., is not liable to other title companies for error or omissions in this title report.  ANY TITLE COMPANY OTHER THAN THE TITLE SECURITY GROUP, INC. THAT RELIES ON THIS TITLE STUDY TO ISSUE A TITLE COMMITMENT AND/OR INSURANCE POLICY DOES SO ASSUMING ANY AND ALL RISKS AND LIABILITIES. THE LIABILITY O CAPITAL TITLE SERVICES, INC. IN CONNECTION WITH THIS TITLE REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS TITLE REPORT ONLY WITH RESPECT TO THE CLIENT REFERRED TO IN THE HEADER OF THIS TITLE REPORT.

Este documento no es un compromiso para asegurar ni una póliza de Seguro de Título, por lo cual no ofrece seguridad alguna.  Para obtener protección, debe requerir una póliza de Seguro de Título.  Si este documento es utilizado por alguien que no sea el solicitante, lo hace bajo su propio riesgo y responsabilidad.  Ninguna compañía de título que no sea The Title Security Group, Inc. está autorizada a utilizar este estudio para expedir una póliza de seguro de título. Capital Title Services, Inc., no es responsable ante otras compañías de título por errores u omisiones en este estudio de título.  TODA COMPAÑÍA QUE NO SEA THE TITLE SECURITY GROUP, INC. QUE UTILICE ESTI ESTUDIO DE TITULO PARA EXPEDIR UNA POLIZA DE SEGURO DE TITULO, LO HACE BAJO SU PROPIO RIESGO Y RESPONSABILIDAD.  LA RESPONSABILIDAD DE CAPITAL TITLE SERVICES, INC., ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO Y SOLO CON RESPECTO AL CLIENTE DE REFERENCIA EN EL ENCABEZADO DE ESTE ESTUDIO DE TITULO.

**Capital  Title Services, Inc.**

**POR: *Ramón F. Gómez Marcos***
15 de abril de 2016
JGR/bs/f