# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**JOSE REINALDO ACOSTA TORRES**<br>**CELINES FELIX RODRIGUEZ**<br><br>xxx–xx–1960<br>xxx–xx–9000<br><br>Debtor(s)<br><br>**Banco Popular de Puerto Rico**<br><br>Movant<br><br>**JOSE REINALDO ACOSTA TORRES**<br>**CELINES FELIX RODRIGUEZ**<br>**ROBERTO ROMAN VALENTIN**<br><br>**Respondant(s)** | Case No. **16–03967**<br><br>Chapter **7**<br><br><br><br>FILED & ENTERED ON 8/15/16 |

### *ORDER*

Upon debtor's (s') consent (docket entry #22), the motion for relief of stay filed by Banco Popular de Puerto Rico (docket entry #19) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, August 15, 2016 .

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge